# United States Bankruptcy Court

__Eastern__ District Of __Texas__

In re Forest Park Medical Center at Frisco, LLC,
Debtor

Case No. 15-41684-BTR-11

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Sabra Texas Holdings, L.P. | c/o Deirdre B. Ruckman<br>Marcus Helt<br>Gardere<br>3000 Thanksgiving Tower<br>1601 Elm St.<br>Dallas, TX 75201 | Landlord | | 8,517,302.16 |
| Vibrant Management | c/o glendonTodd LLC<br>2101 Cedar Springs,<br>Suite 1540<br>Dallas, TX 75201 | Vendor | | 866,255.00 |
| Intuitive Surgical | P.O. Box 39000<br>San Francisco, CA 94139 | Vendor | | 596,964.08 |
| CPM Medical LLC | 1565 N. Central Expwy<br>Suite 200<br>Richardson, TX 75080 | Vendor | | 519,294.18 |
| Valley Services, Inc. | P.O. Box 742992<br>Atlanta, GA 30374-2992 | Vendor | | 260,116.81 |
| Medline | One Mundelein Place<br>Mundelein, IL 60060 | Vendor | | 195,254.94 |
| Lifecell Corporation | P.O. Box 203888<br>Houston, TX 77216-3888 | Vendor | | 177,099.70 |
| Identity Media Services, LLC | 400 East Royal Lane<br>Suite 290<br>Irving, TX 75039 | Vendor | | 168,806.07 |

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| | | | |
|---|---|---|---:|
| Johnson and Johnson Healthcare | Notice Only:<br>425 Hoes Lane<br>Piscataway, NJ 08855 | Vendor | 166,384.82 |
| LDR Spine USA Inc. | P.O. Box 671716<br>Dallas, TX 75267 | Vendor | 162,668.00 |
| Bell Nunnally and Martin, LLC | 3232 McKinney Ave.<br>Suite 1400<br>Dallas, TX 75204 | Vendor | 141,850.22 |
| Stryker Instruments | 4100 East Milham Road<br>Kalamazoo, MI 49001 | Vendor | 139,883.36 |
| Stryker Endoscopy | P.O. Box 93276<br>Chicago, IL 60673 | Vendor | 133,290.10 |
| Pro Silver Star Ltd. | 1 Cowboys Parkway<br>Irving, TX 75063 | Vendor | 131,888.88 |
| Inpatient Physician Assoc PLLC | 6901 Snider Plaza, #130<br>Dallas, TX 75205 | Vendor | 130,000.00 |
| Ricoh USA Inc. | 21146 Network Place<br>Chicago, IL 60673-1211<br><br>Notice Only<br>P.O. Box 660342<br>Dallas, TX 75266-0342 | Vendor | 125,430.59 |
| Medical Information Technology Inc. | 1 Meditech Circle<br>Westwood, MA 02090 | Vendor | 120,862.79 |
| Smith and Nephew Inc. | P.O. Box 905706<br>Charlotte, NC 28209-5706<br><br>Notice Only<br>1450 Brooks Rd<br>Memphis, TN 38116 | Vendor | 100,560.99 |
| Siemens Medical Solutions USA Inc. | 51 Valley Stream Parkway<br>Malvern, PA 19355 | Vendor | 98,376.52 |
| Allergen USA Inc. | 2525 Dupont Dr.<br>Irvine, CA 92612 | Vendor | 96,417.35 |

*[Declaration as in Form 2]*

American LegalNet, Inc.<br>www.USCourtForms.com

Form B2
6/90

# Form 2. DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

In re Forest Park Medical Center at Frisco, LLC,     Case No. _____

                           Debtor     Chapter 11

I, Michael Miller, Chief Restructuring Oficer

[the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims

[list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date September 22, 2015

Signature _/s/ Michael Miller_

Michael Miller, Chief Restructuring Officer
(Print Name and Title)

American LegalNet, Inc.
www.USCourtForms.com