**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FOREST PARK MEDICAL CENTER | § | |
| AT FRISCO, LLC | § | CASE NO. 15-41684- BTR |
| | § | |
| DEBTOR. | § | |

## NOTICE OF HEARING

PLEASE BE ADVISED that a hearing on the following initial case matters:

1. *Debtor's Emergency Motion Pursuant to Sections 105(a), 345(b), 363(c) and 364(a) of the Bankruptcy Code for Authorization to (I) Continue to Limited Use of Existing Cash Management Systems and (II) Maintain Existing Bank Accounts and (III) Waiving Certain Deposit Guidelines* [Docket No. 6];

2. *Emergency Motion of the Debtor Seeking Interim and Final Orders (1) Authorizing the Debtor to Obtain Post-Petition Financing, (2) Granting Liens and Super-Priority Administrative Expense Status, (3) Modifying the Automatic Stay, and (4) Setting and Prescribing Form and Manner of Notice for Final Hearing* [Docket No. 8];

3. *Debtor's Application for Entry of an Order Authorizing the Employment, Retention and Designation of Michael Miller as Chief Executive and Restructuring Officer as of the Petition Date* [Docket No. 4];

4. *Emergency Motion of Debtor (1) to Authorize Certain Procedures to Maintain the Confidentiality of Patient Information, (2) for Authority to File Under Seal Separate Matrix and Schedule F Containing Patient Information, (3) to Modify Notice to Patients, and (4) for Relief from Required Form of Mailing Matrix with Regard to Separate Matrix* [Docket No. 5]; and

5. *Debtor's Emergency Motion for an Order Authorizing (I) the Debtor to Pay Pre-Petition Wages and Benefits or Alternatively, to Pay or Honor Prepetition Obligations to Certain Critical Vendors and (II) Banks to Honor and Pay Checks Issued to Pay Pre-Petition Wages and Withholdings*[Docket No. 7].

will be held before the Honorable Brenda T. Rhoades, Chief United States Bankruptcy Judge, 660 N. Central Expressway, Suite 300B, Plano, Texas 75074, on **September 23, 2015** at **1:30 p.m.**

Of this Notice take due regard**.**

Dated:  September 22, 2015.

>*/s/ William L. Medford*
>William L. Medford, Esq.
>State Bar No. 00797060
>Vickie L. Driver, Esq.
>State Bar No. 24026886
>Lewis Brisbois Bisgaard & Smith, LLP
>2100 Ross Avenue, Suite 2000
>Dallas, Texas 75201
>Phone: (214) 722-7100
>Fax: (214) 722-7111
>Email:  william.medford@lewisbrisbois.com
>Email:  vickie.driver@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via e-mail, facsimile, overnight delivery, and/or courier on this 22[st] day of September, 2015.

>*/s/ William L. Medford*
>William L. Medford