United States Department of Justice
Office of the United States Trustee
300 Plaza Tower
110 N. College
Tyler, Texas  75702
(903) 590-1450

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| Forest Park Medical Center at Frisco, LLC § | | Case No. 15-41684 |
| 5500 Frisco Square Blvd. § | | |
| Frisco, TX 75034 § | | |
| DENTON-TX § | | |
| Tax ID / EIN: 27-2553391 § | | |
| aka FPMC Frisco § | | |
| aka Forest Park Medical Center Frisco § | | |
| § | | |
| § | | Chapter 11 |
| § | | |
| Debtor § | | |

### APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE

Comes Now the United States Trustee and, pursuant to 11 U.S.C. §1102(a)(1), appoints the following persons to the Official Unsecured Creditors' Committee in the above styled and numbered case:

Shane Reed- Interim Chairman
Medline Industries, Inc.
1 Medline Place
Mundelein, IL 60060
(847) 643-4103
Fax (866) 914-2729
sreed@medline.com

Matthew Davis, M.D.
Inpatient Physician Associates, PLLC
6901 Snider Plaza #130
Dallas, TX 75205
(214) 696-8033
Fax (214) 361-7855
mdavis@inpatientdocs.com

Thomas Walker
Pro Silver Star Ltd
One Cowboys Pkwy
Irving, TX 75063
(972) 497-4394
Fax (972) 497-4690
Twalker@dallascowboys.net

Scott Way
LDR Spine USA, Inc.
13785 Research Blvd
Suite 200
Austin, TX  78750
(512) 344-3421
Fax (512) 344-3450
Scott.way@ldrspine.com

Steven Nuesse
Identity Media Services
1801 Royal Lane
Suite 800
Dallas, TX 75229
(972) 868-3000
steve@identitymediaservices.com

Dated:  September 30, 2015

Respectfully submitted,

William T. Neary
United States Trustee

/s/ John Vardeman
Trial Attorney
Texas Bar 20496260
300 Plaza Tower
110 N. College
Tyler, Texas   75702
(903) 590-1450 Ext. 218

# Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than the 1st day of October, 2015.

/s/ John Vardeman

**DEBTOR**
Forest Park Medical Center at Frisco, LLC
5500 Frisco Square Blvd.
Frisco, TX 75034

**DEBTOR'S COUNSEL**
William L. Medford
Lewis Brisbois Bisgaard & Smith
2100 Ross Ave., Suite 2000
Dallas, TX 75201

**COMMITTEE**
Shane Reed
Medline Industries, Inc.
1 Medline Place
Mundelin, IL 60060

Matthew Davis, M.D.
Inpatient Physician Associates, PLLC
6901 Snider Rd #130
Dallas, TX 75205

Thomas Walker
Pro Silver Star Ltd
One Cowboys Pkwy
Irving, TX 75063

Scott Way
LDR Spine USA, Inc.
13785 Research Blvd
Suite 200
Austin, TX 78750

Steven Nuesse
Identity Media Services
1801 Royal Lane
Suite 800
Dallas, TX 75229

**20 LARGEST UNSECURED CREDITORS**

Sabra Texas Holdings LP
c/o Dierdre Ruckman
3000 Thanksgiving Tower
1601 Elm St
Dallas, TX 75201

Vibrant Management
c/o Glendon Todd LLC
2101 Cedar Springs
Suite 1540
Dallas, TX 75201

Intuitive Surgical
P O Box 39000
San Francisco, CA 94139

CPM Medical LLC
1565 N Central Expressway
Suite 200
Richardson, TX 75080

Valley Services, Inc.
P O Box 742992
Atlanta, GA  30374-2992

Medline
One Medline Place
Mundelein, IL  60060

Lifecell Corp
P O Box 203888
Houston, TX  77216-3888

Identity Media Services, LLC
400 East Royal Lane
Suite 290
Irving, TX  75039

Johnson and Johnson Healthcare
425 Hoes Lane
Piscataway, NJ  08855

LDR Spine USA Inc.
P O Box 671716
Dallas, TX 75267

Bell Nunnally and Martin LLC
3232 McKinney Ave
Suite 1400
Dallas, TX 75204

Stryker Instruments
4100 East Milham Rd
Kalamazoo, MI  49001

Stryker Endoscopy
P O Box 93276
Chicago, IL  60673

Pro Silver Star Ltd
1 Cowboys Parkway
Irving, TX 75063

Inpatient Physician Assoc PLLC
6901 Snider Plaza #130
Dallas, TX  75205

Ricoh USA Inc
P O Box 660342
Dallas, TX  75266-0342

Medical Information Technology Inc.
1 Meditech Circle
Westwood, MA 02090

Smith and Nephew Inc.
1450 Brooks Rd
Memphis, TN  38116

Siemens Medical Solutions USA Inc.
51 Valley Stream
Malvern, PA  19355

Allergen USA Inc
2525 Dupont Dr
Irvine, CA  92612

**NOTICE OF APPREARANCE**
J. Mark Chevallier
James G. Rea
McGUIRE, CRADDOCK & STROTHER, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201


Deirdre B. Ruckman
Marcus A. Helt
Thomas C. Scannell
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201


Linda S. LaRue
Quilling Selander Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

John D. Fraser
FERGUSON, BRASWELL & FRASER, PC
2500 Dallas Parkway, Suite 501
Plano, TX 75093

LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207

Buffey E. Klein
HUSCH BLACKWELL, LLP
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201