Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

Proposed Local Counsel for Unsecured Creditors Committee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FOREST PARK MEDICAL CENTER | § | Case no. 15-41684-11 |
| AT FRISCO, LLC | § | |
| | § | |
| DEBTOR | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that The Official Committee of Unsecured Creditors in the above-referenced bankruptcy case, hereby appears in the above-captioned case by and through its undersigned counsel; such counsel hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices given or required to be given and papers filed and served in this case be given to and served upon the undersigned at the following address:

**NOTICE OF APPEARANCE** - Page 1
C:\docs\not.app

        Eric A. Liepins
        12770 Coit Road, Suite 1100
        Dallas, TX  75251
        (972) 991-5591
        (972) 991-5788 (fax)
        Eric@ealpc.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, objection, any plan of reorganization or disclosure statement, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

        Respectfully submitted,

        ERIC A. LIEPINS, P.C.
        12770 Coit Road, Suite 1100
        Dallas, Texas  75251
        (972) 991-5591
        (972) 991-5788 (Fax)

        By:_/s/ Eric Liepins____
            Eric A. Liepins, SBN 12338110

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed by first class, United States mail a true and correct copy of the above and foregoing Notice of Appearance, to counsel of record for the Debtor and to the creditors on this the 5th day of October 2015.

                                                  __/s/ Eric Liepins_____
                                                  Eric A. Liepins